```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 05 B 39524
   JAMES COBBINS
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
   SSN XXX-XX-8472


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 09/23/2005 and was confirmed 12/08/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors an estimated  86.82% from remaining funds.

     The case was dismissed after confirmation 08/14/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                            PAID            PAID
------------------------------------------------------------------------------
HEILIG MEYERS              SECURED                .00           .00             .00
HEILIG MEYERS              UNSECURED      NOT FILED            .00             .00
AMOCO                      UNSECURED      NOT FILED            .00             .00
C1 PROFESSIONAL TRAINING   UNSECURED      NOT FILED            .00             .00
CITY OF CHICAGO REVENUE    UNSECURED      NOT FILED            .00             .00
FIRSTAR PARK FOREST BANK   UNSECURED      NOT FILED            .00             .00
GENERAL REVENUE CORP       NOTICE ONLY    NOT FILED            .00             .00
ISAC                       UNSECURED         2200.40           .00         1803.17
PREMIER BANCARD CHARTER    UNSECURED      NOT FILED            .00             .00
SALLIE MAE LOAN SERVICE    NOTICE ONLY    NOT FILED            .00             .00
SENTRY CREDIT INC          UNSECURED      NOT FILED            .00             .00
TCF NATIONAL BANK          UNSECURED      NOT FILED            .00             .00
ECMC                       UNSECURED         1275.32           .00         1045.10
CAPITAL ONE                UNSECURED             .00           .00             .00
GREAT AMERICAN FINANCE     UNSECURED      NOT FILED            .00             .00
HELLER & FRISONE           NOTICE ONLY    NOT FILED            .00             .00
TEXAS GUARANTEED STUDENT   NOTICE ONLY    NOT FILED            .00             .00
LEGAL HELPERS PC           DEBTOR ATTY       1,200.00          .00         1,200.00
TOM VAUGHN                 TRUSTEE                                           267.73
DEBTOR REFUND              REFUND                                               .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                    RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE             4,316.00

PRIORITY                                          .00
SECURED                                           .00
UNSECURED                                    2,848.27
ADMINISTRATIVE                               1,200.00
TRUSTEE COMPENSATION                           267.73

                 PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 05 B 39524 JAMES COBBINS
```

```
DEBTOR REFUND                                                    .00
                                          ---------------  ---------------
TOTALS                                           4,316.00         4,316.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                          /s/ Tom Vaughn
Dated: 11/20/08                           _____
                                          TOM VAUGHN
                                          CHAPTER 13 TRUSTEE
```